IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICKEY A. JONES | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| NEW ENGLAND CENTRAL RAILROAD | : | |
| | : | NO. 04-11772 JLT |

**AFFIDAVIT OF SERVICE**

COMMONWEALTH OF PENNSYLVANIA      :
: SS.
COUNTY OF MONTGOMERY      :

Danielle Bradley, being duly sworn according to law, deposes and says that she is a secretary at the law firm of Coffey & Kaye, and that the facts herein are true and correct to the best of her knowledge, information and belief:

That on the 20th day of August, 2004, a copy of the Complaint filed in the above-captioned matter was forwarded to T.M. Rhine of Railroad Risk Management, Inc., by certified mail No. 7004 0750 0002 6461 3803, on August 29, 2004, it was received by K. Fitzgerald as is evidenced by the return receipt card attached hereto.

_____
Danielle Bradley

Sworn to and subscribed before
me this 31 day of Aug, 2004.

_____

NOTARIAL SEAL
MIGDALIA GONZALEZ, Notary Public
Lower Merion Twp, Montgomery County
My Commission Expires March 24, 2007