UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKEY A. JONES,<br>          Plaintiff,<br><br>v.<br><br>NEW ENGLAND CENTRAL RAILROAD, INC.,<br>          Defendant. | C.A. No.: 04-11772-JLT |

## DEFENDANT, NEW ENGLAND CENTRAL RAILROAD, INC.'S, ASSENTED TO MOTION TO TRANSFER ACTION TO THE WESTERN DIVISION

The defendant, New England Central Railroad, Inc. ("NECR"), hereby moves, pursuant to L.R. 40.1(F), that this Honorable Court transfer this action to the Western Division. As grounds therefore, the defendant states as follows:

1. NECR's General Office is located in St. Albans, Vermont, which is located nearest to the Western Division of the District of Massachusetts.

2. NECR only conducts business in the Western Division of the District of Massachusetts and does not conduct business in the Eastern Division of the District of Massachusetts.

3. Plaintiff, Rickey A. Jones, is a resident of Clewiston, Florida.

4. Clewiston, FL is located nearer to the Western District of the District of Massachusetts than any other division.

5. Upon information and belief, NECR states that all of Mr. Jones's treating physicians are located in the States of Vermont and/or Florida, and that these locations are nearer to the Western Division than to any other division of the

       District of Massachusetts; therefore, it would be most convenient to the plaintiff and his witnesses that the case be transferred to the Western Division.

6. NECR states that most of its employees who will likely be witnesses in this case work and reside in or near St. Albans, Vermont, which is nearer to the Western Division than to any other division of the District of Massachusetts. It would therefore be more convenient to the NECR and expedite the discovery of this action for the action to be transferred to the Western Division. Moreover, most of the NECR's records, which are necessary to defend this action, are located in or near St. Albans, Vermont.

7. The interests of justice would be best served by the allowance of this motion.

8. NECR states that the foregoing demonstrates good cause and the within motion should be allowed in the interest of judicial economy and convenience of the parties.

WHEREFORE, New England Central Railroad, Inc. requests that this matter be transferred to the Western Division of the District of Massachusetts.

## REQUEST FOR ORAL ARGUMENT

In accordance with L.R. 7.1(D), the defendant believes that oral argument may assist the court and wishes to be heard and therefore requests that the court schedule a hearing on the within motion.

                Respectfully submitted,
                The Defendant,
                NEW ENGLAND CENTRAL RAILROAD,
                by its attorneys,

                /s/ Bethany M. Machacek
                Michael B. Flynn, BBO #559023
                *mbflynn@flynnassoc.com*
                Bethany M. Machacek, BBO #657237
                *bmachacek@flynnassoc.com*
                Flynn & Associates, P.C.
                400 Crown Colony Drive
                Suite 200
                Quincy, MA 02169
                (617) 773-5500

Dated: September 9, 2004

Assented to by Plaintiff's Counsel:

/s/ Lawrence A. Katz
Lawrence A. Katz
Coffey & Kaye
Suite 718, Two Bala Plaza
Bala Cynwyd, PA 19004
(610) 668-9800

G:\F & A\CASE FILES\RAILAMERICA\JONES, RICKEY A\pleadings\Motion to Transfer to Western Division.doc

3

## **CERTIFICATION OF COUNSEL**

In accordance with L.R. 7.1(A)(2), I, Bethany M. Machacek, certify that I have conferred with opposing counsel on September 8, 2004 and attempted in good faith to resolve or narrow the issues set forth in the attached motion.

Signed under the pains and penalties of perjury this 8th day of September, 2004.

/s/ Bethany M. Machacek
————————————————
Bethany M. Machacek BBO #657237