UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

RICKEY A. JONES,
                    Plaintiff,

v.                                                    C.A. No.: 04-11772-JLT

NEW ENGLAND CENTRAL RAILROAD,
INC.,
                    Defendant.

## NOTICE OF APPEARANCE

To the Clerk of the above-captioned Court:

      Kindly enter my general appearance on behalf of the defendant, New England Central

Railroad, Inc., in the above-captioned matter.  Kindly note that my appearance for New

England Central Railroad is in addition to that of Attorney Machacek.

                    Respectfully submitted,

                    /s/ Michael B. Flynn
                    Michael B. Flynn, BBO #559023
                    *mbflynn@flynnassoc.com*
                    FLYNN & ASSOCIATES, P.C.
                    400 Crown Colony Drive
                    Suite 200
                    Quincy, MA 02169
                    (617) 773-5500

Dated: October 8, 2004
G:\F & A\CASE FILES\RAILAMERICA\JONES, RICKEY A\pleadings\Notice of Appearance MBF.doc