UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Rickey A. Jones**
    **Plaintiff**

    **V.**

**New England Central Railroad, Inc.**
    **Defendant**

Civil Action

No. 04-cv-11772

## O R D E R

Tauro, D.J.

Pursuant to the provisions of Rule 40.1(d) of the Local Rules, the above-entitled case is hereby transferred to the Springfield session of this court for all further proceedings.

By The Court,

/s/ Kimberly M. Abaid
Deputy Clerk

Date: November 15, 2004

Copies to:        Counsel, Operations Manager

(Transfer O - Springfield.wpd - 7/99)                                                                [divtranout.]