UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKEY A. JONES,<br>       Plaintiff,<br><br>v.<br><br>NEW ENGLAND CENTRAL RAILROAD, INC.,<br>       Defendant. | C.A. No.: 04-11772-MAP |

## DEFENDANT NEW ENGLAND CENTRAL RAILROAD, INC.'S CORPORATE DISCLOSURE

The defendant, New England Central Railroad ("NECR"), a Delaware Corporation, is a wholly owned indirect subsidiary of RailAmerica, Inc. Except for the foregoing, there are no other publicly held companies that own a percentage of New England Central Railroad's stock.

                        Respectfully submitted,
                        NEW ENGLAND CENTRAL RAILROAD,
                        By its attorneys,


/s/ Bethany M. Machacek

Michael B. Flynn, BBO #559023
*mbflynn@flynnassoc.com*
Bethany M. Machacek, BBO #657237
*bmachacek@flynnassoc.com*
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive
Suite 200
Quincy, MA 02169
(617) 773-5500

Dated: December 1, 2004
G:\F & A\CASE FILES\RAILAMERICA\JONES, RICKEY A\pleadings\NECR Corporate Disclosure.doc