UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKEY A. JONES,<br>    Plaintiff,<br><br>v.<br><br>NEW ENGLAND CENTRAL RAILROAD, INC.,<br>    Defendant. | C.A. No.: 04-11772-MAP |

**JOINT SCHEDULING STATEMENT**

The parties, in the above-captioned action, submit the following joint scheduling statement pursuant to the provisions of Fed.R.Civ.P.16(b) and Local Rule 16.1. An initial scheduling conference will be held at 10:00 AM on January 21, 2005.

**I. Obligation of Counsel to Confer:**

Counsel for the parties have conferred in accordance with the provisions of Local Rule 16.1. The Plaintiff completed the discovery mandated by Local Rules 26.2(A) on September 21, 2004. The Defendant completed the discovery mandated by Local Rule 26.2(A) on December 14, 2004. Counsel have agreed to explore the possibilities of alternative dispute resolution upon the completion of discovery.

Counsel also certify that they have conferred with their respective clients concerning those matters mentioned in Local Rule 16.1(D)(3) prior to the scheduling conference and have submitted certifications signed by counsel and authorized representatives of each party.

**II.    Proposed Joint Discovery Plan:**

This case arises out of an incident that occurred in St. Albans, VT, on August 15, 2002, during which the plaintiff, Rickey A. Jones, an employee of New England Central Railroad, was

injured while dismounting a locomotive. This action was filed on August 12, 2004 at the United States District Court for the District of Massachusetts, Eastern Division. An *Answer* was served on the plaintiff on September 9, 2004, and the action was then transferred to this Court on November 16, 2004. Pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1(F), the parties propose the following discovery schedule:

    A. **Phase one**:

        1. The Plaintiff has completed the discovery mandated by Local Rules 26.2(A) and will complete the discovery mandated by Local Rule 35.1 by January 31, 2005.

        2. Motions to amend and/or supplement the pleadings, including motions to add parties, no later than April 30, 2005.

        3. All written discovery to be completed by May 31, 2005.

        4. All non-expert depositions to be completed by November 30, 2005.

    B. **Phase two**:

        1. The plaintiff shall designate his trial experts and shall disclose the information contemplated by Fed.R.Civ.P. 26(a)(2)(B) by October 31, 2005.

        2. The defendant shall designate its trial experts and shall disclose the information contemplated by Fed.R.Civ.P. 26(a)(2)(B) by November 18, 2005.

        3. All expert depositions to be completed by February 28, 2006.

        4. All discovery to be completed by February 28, 2006.

    III. **Filing of Motions**:

        1. All dispositive motions and/or motions for summary judgment to be filed by February 28, 2006.

        2. A final pre trial conference will be held on or before March 31, 2006.

IV. **Agenda of Matters To Be Discussed:**

The parties have conferred in compliance with Local Rule 16.1(B)(1) and prepared the following proposed agenda of matters to be discussed at the Initial Scheduling Conference:

1. The identification of principal issues in contention and issues of fact and law not reasonably in dispute.

2. The parties' joint discovery plan.

3. The status of settlement discussions.

4. The parties' willingness to consent to trial by magistrate judge.

Respectfully submitted,

| | |
|---|---|
| The plaintiff:<br>RICKEY A. JONES,<br>by his attorneys, | The defendant:<br>NEW ENGLAND CENTRAL RAILROAD,<br>by its attorneys, |
| /s/ Lawrence A. Katz | /s/ Bethany M. Machacek |
| Joseph A. Coffey, Jr., #14107<br>Lawrence A. Katz, # 30261<br>*lakatzesq@aol.com*<br>COFFEY, KAYE, MYERS & OLLEY<br>Suite 718, Two Bala Plaza<br>Bala Cynwyd, PA 19004<br>(610) 668-9800 | Michael B. Flynn, BBO# 559023<br>*mbflynn@flynnassoc.com*<br>Bethany M. Machacek, BBO# 657237<br>*bmachacek@flynnassoc.com*<br>FLYNN & ASSOCIATES, PC<br>400 Crown Colony Drive, Suite 200<br>Quincy, MA 02169<br>(617) 773-5500 |

Dated: January 4, 2005

G:\F & A\CASE FILES\RAILAMERICA\JONES, RICKEY A\pleadings\Joint Scheduling Statement.doc