UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKEY A. JONES,<br>            Plaintiff,<br><br>v.<br><br>NEW ENGLAND CENTRAL RAILROAD, INC.,<br>            Defendant. | C.A. No.: 04-11772-MAP |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

This is to certify that the defendant, New England Central Railroad ("NECR") and its counsel, Flynn & Associates, P.C. ("F&A"), have conferred to establish a budget for the full litigation of the above-captioned matter, as well as a budget for various alternatives. Further, that NECR and F&A have discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs and need to develop further information before deciding whether the case is appropriate for settlement, ADR, or full litigation.

                                        Respectfully submitted,
                                        The Defendant,
                                        NEW ENGLAND CENTRAL RAILROAD,
                                        By its attorneys:


                                        /s/ Bethany M. Machacek
                                        Michael B. Flynn, BBO #559023
                                        mbflynn@flynnassoc.com
                                        Bethany M. Machacek, BBO #657237
                                        bmachacek@flynnassoc.com
                                        FLYNN & ASSOCIATES, P.C.
                                        400 Crown Colony Drive, Suite 200
                                        Quincy, MA 02169
                                        (617) 773-5500

                                        Dated:  January 14, 2005

On behalf of
NEW ENGLAND CENTRAL RAILROAD,

/s/ Robby Devin
Robby Devin
Director - Risk Management & Claims
RailAmerica, Inc.
4040 Broadway, Suite 200
San Antonio, TX  78209

Dated: January 14, 2005

G:\F & A\CASE FILES\RAILAMERICA\JONES, RICKEY A\pleadings\NECR's Rule 16.1 Certification.doc