UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKEY A. JONES,           )<br>        Plaintiff    )<br>                          )<br>v.                          )<br>                          )<br>NEW ENGLAND CENTRAL  )<br>RAILROAD, INC.,         )<br>       Defendant   ) | Civil Action No. 04-11772-MAP |

SCHEDULING ORDER
January 24, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference on January 21, 2005:

1. All written discovery shall be completed by May 31, 2005.

2. Non-expert depositions shall be completed by September 2, 2005.

3. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by October 31, 2005.

4. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by November 30, 2005.

5. All expert depositions shall be completed by January 31, 2006.

6. Counsel shall appear for a case management conference on February 9, 2006, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge