UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKY A. JONES, )<br>     Plaintiff )<br>vs. )<br>     )<br>NEW ENGLAND CENTRAL RAILROAD, INC., )<br>     Defendant )<br>     ) | Civil Action<br>Case No. 04-CV-11772-MAP |

## NOTICE OF APPEARANCE

To the Clerk of the above-captioned Court:

  Please enter the appearance of Kara S. Rescia, Esq. of Weiner Law Firm, P.C. as attorney for the Plaintiff, Rickey A. Jones, in the above-captioned matter.

           Respectfully submitted,

Dated: August 10, 2005    /s/ Kara S. Rescia
           Kara S. Rescia, Esq. BBO #: 562031
           Gary M. Weiner, Esq. BBO #: 548341
           WEINER LAW FIRM, P.C.
           95 State Street, Suite 918
           Springfield, MA 01103
           *KRescia@Weinerlegal.com*
           Tel. No. (413) 732-6840
           Fax. No. (413) 785-5666

G:\Document\LITIG\Files\Jones, Ricky\Notice of Appearance.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKY A. JONES,        )<br>                    Plaintiff        )<br>vs.                            )<br>                                )<br>NEW ENGLAND CENTRAL RAILROAD, INC.,   )<br>                    Defendant   )<br>                                ) | Civil Action<br>Case No. 04-CV-11772-MAP |

## CERTIFICATE OF SERVICE

I, Kara S. Rescia, Esq., do hereby certify that a true and correct copy of the Notice of Appearance has been served by either placing same in the United States Mail, first class, postage prepaid or electronically, to:

<u>Defendant's Counsel</u>
Michael B. Flynn
Bethany M. Machacek
Flynn & Associates, P.C.
400 Crown Colony Drive
Suite 200
Quincy, MA 02169


Dated: August 10, 2005          /s/ Kara S. Rescia
                                Kara S. Rescia, Esq. BBO #: 562031
                                Gary M. Weiner, Esq. BBO #: 548341
                                WEINER LAW FIRM, P.C.
                                95 State Street, Suite 918
                                Springfield, MA 01103
                                *KRescia@Weinerlegal.com*
                                Tel. No. (413) 732-6840
                                Fax. No. (413) 785-5666

G:\Document\LITIG\Files\Jones, Ricky\Notice of Appearance.wpd