UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKEY A. JONES,<br>　　　　Plaintiff,<br><br>　　v.<br><br>NEW ENGLAND CENTRAL RAILROAD, INC.,<br>　　　　Defendant. | Civil Action No.: 04-11772-MAP |

## NOTICE OF WITHDRAWAL

To the Clerk of the above mentioned Court:

With reference to the above entitled action, kindly withdraw my appearance as co-counsel for the defendant, New England Central Railroad. Please note that Attorney Michael B. Flynn, FLYNN & ASSOCIATES, P.C., <u>remains counsel</u> for the defendant, New England Central Railroad.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Bethany M. Machacek
　　　　　　　　　　　　　　　　　　　　Michael B. Flynn, BBO #559023
　　　　　　　　　　　　　　　　　　　　Bethany M. Machacek, BBO #657237
　　　　　　　　　　　　　　　　　　　　FLYNN & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　　400 Crown Colony Drive, Suite 200
　　　　　　　　　　　　　　　　　　　　Quincy, MA 02169
　　　　　　　　　　　　　　　　　　　　(617) 773-5500

Dated: <u>August 16, 2005</u>
G:\F & A\CASE FILES\RAILAMERICA\JONES, RICKEY A\pleadings\BMM Withdrawal.doc