UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                     )
                                     )
RICKEY A. JONES                      )
            Plaintiff                )   Civil Action
vs.                                  )   Case No. 3:04CV-11772-MAP
                                     )
                                     )
NEW ENGLAND CENTRAL RAILROAD, INC.   )
            Defendant                )
_____)
```

FILING FEE PAID:
RECEIPT # 306025
AMOUNT $ 50.00
BY DPTY CLK /VGL
DATE 8/18/05

## MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT E. MYERS

Now comes Kara S. Rescia, Esquire, of Weiner Law Firm, P.C., local counsel for the plaintiff, Rickey A. Jones (the "Plaintiff") in the above captioned matter and hereby moves, pursuant to Local Rule 83.5.3, for the admission *pro hac vice* of Robert E. Myers in the above captioned case to appear and practice before this Court on behalf of the Plaintiff. In support of this Motion and based upon the attached affidavit of Mr. Myers and representations to me, the undersigned states as follows:

1. Robert E. Myers is a member of the law firm of Coffey Kaye Myers & Olley, which maintains its offices at Suite 718, Two Bala Plaza, Bala Cynwyd, Pennsyvlania 19004-1514.

2. Mr. Myers is admitted to practice as a member of the Bar of the Commonwealth of Pennsyvlania, State of New Jersey and District of Columbia, United States Court of Appeals for the District of Columbia and the United States District Courts for the Eastern District of Pennsylvania and District of New Jersey.

3. Mr. Myers is not subject to pending disciplinary proceedings in any jurisdiction in which he has

been admitted to practice, nor has he been denied admission or been disciplined by any court or administrative body. He has informed the movant that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.   In compliance with Local Rule 83.5.3, the Affidavit of Robert E. Myers is attached hereto as Exhibit "A."

WHEREFORE, the undersigned respectfully requests that this Court admit Robert E. Myers, *pro hac vice* to appear and practice on behalf of the Plaintiff in this case.

Respectfully submitted,

KARA S. RESCIA, ESQUIRE
Local Counsel for the Plaintiff, Rickey A. Jones

_/s/ Kara S. Rescia_
Kara S. Rescia, Esq., BBO#562031
Gary M. Wiener, Esq., BBO#548341
WEINER LAW FIRM, P.C.
95 State Street, Suite 918
Springfield, MA 01103
Tel. (413) 732-6840
Fax (413) 785-5666

Date: 8/1/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICKEY A. JONES<br>　　　　Plaintiff<br>vs.<br><br>NEW ENGLAND CENTRAL RAILROAD, INC.<br>　　　　Defendant | )<br>)<br>)<br>) Civil Action<br>) Case No. 3:04CV-11772-MAP<br>)<br>)<br>) |

## AFFIDAVIT OF ROBERT E. MYERS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Robert E. Myers, being duly sworn, depose and state:

1. I am over the age of 18 years and am a resident of the Commonwealth of Pennsylvania.

2. I am a member of the law firm of Coffey Kaye Myers & Olley.

3. In support of the Motion for Admission *Pro Hac Vice of Robert E. Myers* in the above captioned case, I state that (a) I am a member in good standing of every jurisdiction where I have been admitted to practice; (b) I am not subject to any pending disciplinary proceedings as a member of the bar in any jurisdiction; and (c) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 20th day of July, 2005.

_____
Robert E. Myers

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKY A. JONES, )<br>      Plaintiff                  )<br>vs.                                        )<br>                                       )<br>NEW ENGLAND CENTRAL RAILROAD, INC. )<br>                                       )<br>      Defendant            )<br>                                       ) | Civil Action<br><br>Case No. 3:04CV-11772-MAP |

ORDER GRANTING ADMISSION PRO HAC VICE

Upon consideration of the Motion for Admission Pro Hac Vice of Robert E. Myers for admission pro hac vice on behalf of the Plaintiff in the above captioned case, it is hereby ORDERED that:

Robert E. Myers is admitted pro hac vice on behalf of the Plaintiff in the above captioned case and may represent the Plaintiff in any and all matters in the case, including, but not limited to, any court appearances and the filing of papers with this Court.

Dated: _____    _____

                                                                 United States District Court Judge