UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICKEY A. JONES ) | |
|     Plaintiff ) | Civil Action |
| vs. ) | Case No. 3:04CV-11772-MAP |
| ) | |
| NEW ENGLAND CENTRAL RAILROAD, INC. ) | |
|     Defendant ) | |

FILING FEE PAID:
RECEIPT # 306025
AMOUNT $ 50.00
BY DPTY CLK _____
DATE 8/18/05

## MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL J. OLLEY

Now comes Kara S. Rescia, Esquire, of Weiner Law Firm, P.C., local counsel for the plaintiff, Rickey A. Jones (the "Plaintiff") in the above captioned matter and hereby moves, pursuant to Local Rule 83.5.3, for the admission *pro hac vice* of Michael J. Olley in the above captioned case to appear and practice before this Court on behalf of the Plaintiff. In support of this Motion and based upon the attached affidavit of Mr. Olley and representations to me, the undersigned states as follows:

1.  Michael J. Olley is a member of the law firm of Coffey Kaye Myers & Olley, which maintains its offices at Suite 718, Two Bala Plaza, Bala Cynwyd, Pennsyvlania 19004-1514.

2.  Mr. Olley is admitted to practice as a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey and is a member in good standing admitted to practice before the Pennsyvlania and New Jersey State Courts, the United States District Courts for the Eastern District of Pennsylvania and the United States Court of Appeals, Third Circuit, United States Court of Appeals and the District of New Jersey.

3.  Mr. Olley is not subject to pending disciplinary proceedings in any jurisdiction in which he has been admitted to practice, nor has he been denied admission or been disciplined by any court or administrative body. He has informed the movant that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.  In compliance with Local Rule 83.5.3, the Affidavit of Michael J. Olley is attached hereto as Exhibit "A."

WHEREFORE, the undersigned respectfully requests that this Court admit Michael J. Olley, *pro hac vice* to appear and practice on behalf of the Plaintiff in this case.

Respectfully submitted,

KARA S. RESCIA, ESQUIRE
Local Counsel for the Plaintiff, Rickey A. Jones

Kara S. Rescia, Esq., BBO#562031
Gary M. Wiener, Esq., BBO#548341
WEINER LAW FIRM, P.C.
95 State Street, Suite 918
Springfield, MA  01103
Tel. (413) 732-6840
Fax (413) 785-5666

Date: 8/1/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICKEY A. JONES<br>　　　　Plaintiff<br>vs.<br><br>NEW ENGLAND CENTRAL RAILROAD, INC.<br>　　　　Defendant | )<br>)<br>)<br>)<br>) Civil Action<br>) Case No. 3:04CV-11772-MAP<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF MICHAEL J. OLLEY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Michael J. Olley, being duly sworn, depose and state:

1. I am over the age of 18 years and am a resident of the Commonwealth of Pennsylvania.

2. I am a member of the law firm of Coffey Kaye Myers & Olley.

3. In support of the Motion for Admission *Pro Hac Vice of Michael J. Olley* in the above captioned case, I state that (a) I am a member in good standing of every jurisdiction where I have been admitted to practice; (b) I am not subject to any pending disciplinary proceedings as a member of the bar in any jurisdiction; and (c) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this ____ day of July , 2005.

_____
Michael J. Olley

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKY A. JONES,<br>    Plaintiff<br>vs.<br><br>NEW ENGLAND CENTRAL RAILROAD, INC.<br><br>    Defendant | Civil Action<br><br>Case No. 3:04CV-11772-MAP |

### ORDER GRANTING ADMISSION PRO HAC VICE

Upon consideration of the Motion for Admission Pro Hac Vice of Michael J. Olley for admission pro hac vice on behalf of the Plaintiff in the above captioned case, it is hereby ORDERED that:

Michael J. Olley is admitted pro hac vice on behalf of the Plaintiff in the above captioned case and may represent the Plaintiff in any and all matters in the case, including, but not limited to, any court appearances and the filing of papers with this Court.

Dated: _____          _____

                                                                         United States District Court Judge