UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKY A. JONES,<br>                Plaintiff<br>vs.<br><br>NEW ENGLAND CENTRAL RAILROAD, INC.,<br>                Defendant | Civil Action<br>Case No. 04-CV-11772-MAP |

## CERTIFICATE OF SERVICE

I, Kara S. Rescia, Esq., do hereby certify that a true and correct copy of the following documents have been served by placing same in the United States Mail, first class, postage prepaid to:

<u>Defendant's Counsel</u>
Michael B. Flynn
Flynn & Associates, P.C.
400 Crown Colony Drive, Suite 200
Quincy, MA 02169

<u>Plaintiff's Counsel</u>
Mario Bozza
63 Commercial Wharf
Boston, MA 02110

1. Motion for Admission Pro Hac Vice and Affidavit of Michael J. Olley;
2. Motion for Admission Pro Hac Vice and Affidavit of Robert E. Myers;
3. Motion for Admission Pro Hac Vice and Affidavit of Lawrence A. Katz; and
4. Motion for Admission Pro Hac Vice and Affidavit of Mitchell A. Kaye.

Dated: August 17, 2005

Kara S. Rescia, Esq. BBO #: 562031
Gary M. Weiner, Esq. BBO #: 548341
WEINER LAW FIRM, P.C.
95 State Street, Suite 918
Springfield, MA 01103
KRescia@Weinerlegal.com
Tel. No. (413) 732-6840
Fax. No. (413) 785-5666