UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKEY A. JONES,<br>          Plaintiff,<br><br>   v.<br><br>NEW ENGLAND CENTRAL RAILROAD, INC.,<br>          Defendant. | Civil Action No.: 04-11772-MAP |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Now come the parties and hereby propose that the Court's *Scheduling Order*, dated January 24, 2005, be amended, in part, as follows:

1. Non-expert depositions shall be completed by November 2, 2005, instead of September 2, 2005.

2. Plaintiff and defendant expert depositions shall be completed by March 2, 2006, instead of January 31, 2006.

The parties state that due to vacation schedules of counsel the parties have been unable to complete the expert and non-expert deposition phase of the above-captioned matter. The parties further state that they will appear on February 9, 2006, for the scheduled *Case Management Conference* and that this scheduling request will not affect the trial date of this matter.

Respectfully submitted,

| The plaintiff:<br>RICKEY A. JONES,<br>by his attorneys, | The defendant:<br>NEW ENGLAND CENTRAL RAILROAD,<br>by its attorneys, |
|---|---|
| /s/ Lawrence A. Katz | /s/ Michael B. Flynn |
| Joseph A. Coffey, Jr., #14107<br>Lawrence A. Katz, # 30261<br>*lakatzesq@aol.com*<br>COFFEY, KAYE, MYERS & OLLEY<br>Suite 718, Two Bala Plaza<br>Bala Cynwyd, PA 19004<br>(610) 668-9800 | Michael B. Flynn, BBO# 559023<br>*mbflynn@flynnassoc.com*<br>FLYNN & ASSOCIATES, PC<br>400 Crown Colony Drive, Suite 200<br>FLYNN & ASSOCIATES, PC<br>Quincy, MA 02169<br>(617) 773-5500 |

Dated: August 31, 2005