UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICKEY A. JONES,          )  | | |
|            Plaintiff     ) | | |
|                          ) | | |
| v.                       ) | Civil Action No. 04-11772-MAP | |
|                          ) | | |
|                          ) | | |
| NEW ENGLAND CENTRAL      ) | | |
| RAILROAD, INC.,          ) | | |
|            Defendant     ) | | |

REVISED SCHEDULING ORDER
September 1, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' Joint Motion to Amend the Scheduling Order (Document No. 24) and revises the schedule as follows:

1. Non-expert depositions shall be completed by November 2, 2005.

2. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by December 30, 2005.

3. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by January 31, 2006.

4. All expert depositions shall be completed by March 3, 2006.

5. Counsel shall still appear for a case management conference on February 9, 2006, at 10:30 a.m. in Courtroom Three.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

                                         /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge