IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICKEY A. JONES,
    Plaintiff

v.
                                         CIVIL ACTION
                                         No. 04-11772-MAP

NEW ENGLAND CENTRAL RAILROAD,
INC.,
    Defendant


NOTICE OF WITHDRAWAL

    Please enter my Withdrawal of Appearance as attorney for the plaintiff, as new local counsel has been obtained, and kindly remove my name from the mailing list.

    Thank you for your cooperation.


Date:

                                                _____
                                                Mario Bozza, Esq.
                                                63 Commercial Wharf
                                                Boston, MA. 02110
                                                  BBO: 052860
                                                  Tel.  617-367-3100


cc. to Michael B. Flynn, Esq.
    to Joseph Coffey, Esq.
    to Lawrence A. Katz, Esq.
    to Mitchell A. Kaye, Esq.
    to Robert E. Myers, Esq.
    to Michael J. Olley, Esq.

F:\DISCOVERY\WITHDRAW APPRNC USDCt.doc