UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKEY A. JONES,<br>        Plaintiff,<br><br>     v.<br><br>NEW ENGLAND CENTRAL RAILROAD, INC.,<br>        Defendant. | Civil Action No.: 04-11772-MAP |

## NOTICE OF APPEARANCE

To the Clerk of the above mentioned Court:

With reference to the above entitled action, kindly enter my appearance as co- counsel for the defendant, New England Central Railroad.  Please note that Attorney Michael B. Flynn, FLYNN & ASSOCIATES, P.C., remains counsel for the defendant, New England Central Railroad.

Respectfully Submitted,

/s/ Valerie A. Murphy
Michael B. Flynn, BBO #559023
Valerie A. Murphy, BBO #661460
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive, Suite 200
Quincy, MA 02169
(617) 773-5500

Dated: October 31, 2005
G:\F & A\CASE FILES\RAILAMERICA\JONES, RICKEY A\pleadings\vam appearance.doc