# COFFEY KAYE MYERS & OLLEY

ATTORNEYS AT LAW

SUITE 718

TWO BALA PLAZA

BALA CYNWYD, PA. 19004-1514

PHILADELPHIA AREA

610-668-9800

MITCHELL A. KAYE
LAWRENCE A. KATZ
ROBERT E. MYERS
MICHAEL J. OLLEY

JOSEPH A. COFFEY, JR.
OF COUNSEL

CABLE ADDRESS:
PELA

FAX
610-667-3352

NATIONWIDE
800-334-2500

February 3, 2006

**VIA FACSIMILE No. (413)785-0075**

The Honorable Michael A. Ponsor
United States District Court
District of Massachusetts
Federal Building & Courthouse
1550 Main Street, Rm. 539
Springfield, MA 01103

RE: Rickey Jones v. New England Central Railroad, Inc.
Civil No: 3:04-CV-11772-MAP

Dear Judge Ponsor:

Please be advise that a Case Management Conference is scheduled before Your Honor on **Thursday, February 9, 2006 at 10:30 A.M.** with respect to the above-referenced matter.

Unfortunately, I will be taking depositions on another matter in Newark, New Jersey and am unable to physically attend Your Honor's conference.

I respectfully request Your Honor's permission to participate in the Case Management Conference via telephone.

Thank you for your courtesy and attention to this matter.

Respectfully,

COFFEY KAYE MYERS & OLLEY

ROBERT E. MYERS

REM/ddm