UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICKEY A. JONES, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11772-MAP |
| | ) | |
| | ) | |
| NEW ENGLAND CENTRAL | ) | |
| RAILROAD, INC., | ) | |
|     Defendant | ) | |

FURTHER SCHEDULING ORDER
February 9, 2006

NEIMAN, U.S.M.J.

The court hereby revises the schedule in accord with the discussion at the case management conference this day:

1. The independent medical and vocational examinations shall be completed by March 3, 2006.

2. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by March 28, 2006.

3. All expert depositions shall be completed by April 28, 2006.

4. Counsel shall appear for a final pretrial conference on June 29, 2006 at 2:30 p.m. in Courtroom One. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: February 9, 2006

                                                      /s/ Kenneth P. Neiman  
                                                     KENNETH P. NEIMAN  
                                                     U.S. Magistrate Judge