UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKEY A. JONES,<br>        Plaintiff,<br><br>    v.<br><br>NEW ENGLAND CENTRAL RAILROAD, INC.,<br>        Defendant. | Civil Action No.: 04-11772-MAP |

## ASSENTED TO MOTION TO EXTEND DISCOVERY DEADLINE
## FOR DEPOSITION OF EXPERTS

Now comes the defendant, New England Central Railroad, Inc., in the above action who hereby submit this *Assented to Motion to Extend Discovery Deadline for the Deposition of Expert Witnesses* ("*Motion*"). As grounds therefore, the defendant states as follows:

1. The current deadline is April 28, 2006, according to the *Scheduling Order* dated February 9, 2006;

2. Parties have been in settlement negotiations and thus have not moved forward with their expert depositions;

3. Such an extension would not interfere with the parties' *Final Pre-Trial Conference* on June 29, 2006, and will not affect the trial date of this matter.

WHEREFORE, for all of the foregoing reasons, the defendant respectfully requests that it's *Motion* be GRANTED and that the Court extend the deadline for the deposition of expert witnesses to May 29, 2006.

Respectfully submitted,

| The plaintiff:<br>RICKEY A. JONES,<br>by his attorneys, | The defendant:<br>NEW ENGLAND CENTRAL RAILROAD,<br>by its attorneys, |
|---|---|
| /s/ Lawrence A. Katz | /s/ Valerie A. Murphy |
| Joseph A. Coffey, Jr., #14107<br>Lawrence A. Katz, # 30261<br>*lakatzesq@aol.com*<br>COFFEY, KAYE, MYERS & OLLEY<br>Suite 718, Two Bala Plaza<br>Bala Cynwyd, PA 19004<br>(610) 668-9800 | Michael B. Flynn, BBO# 559023<br>*mbflynn@flynnassoc.com*<br>Valerie A. Murphy, BBO #661460<br>FLYNN & ASSOCIATES, PC<br>400 Crown Colony Drive, Suite 200<br>FLYNN & ASSOCIATES, PC<br>Quincy, MA 02169<br>(617) 773-5500 |

Dated: April 28, 2006

G:\F & A\CASE FILES\RAILAMERICA\New England Central\JONES, RICKEY A\pleadings\4-26-06 Joint Motion to extend exp discl depo deadline.doc