UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKEY A. JONES,<br>         Plaintiff,<br><br>     v.<br><br>NEW ENGLAND CENTRAL RAILROAD, INC.,<br>         Defendant. | Civil Action No.: 04-11772-MAP |

### JOINT MOTION TO EXTEND DEADLINE FOR FILING PRE-TRIAL MEMORANDUM, PROPOSED VOIR DIRE AND PRE-TRIAL MOTIONS

Now comes the defendant, New England Central Railroad, Inc., and the plaintiff, Rickey A. Jones, in the above action who hereby submit this *Joint Motion To Extend Deadline For Filing Pre-Trial Memorandum, Proposed Voir Dire And Pre-Trial Motions* ("*Motion*"). As grounds therefore, the parties state as follows:

1. The current deadline is July 18, 2006, according to the *Procedural Order* dated April 28, 2006;

2. Additional time to prepare said motions is needed by the plaintiff;

3. Such extension will not affect the *Pre-Trial Conference* scheduled July 25, 2006.

WHEREFORE, for all of the foregoing reasons, the parties respectfully request that their *Motion* be GRANTED and that the Court extend the deadline for filing the *Joint Pre-Trial Memorandum, Proposed Voir Dire* And *Pre-Trial Motions* to July 21, 2006 by 12:00 PM.

Respectfully submitted,

| The plaintiff: | The defendant: |
|---|---|
| RICKEY A. JONES, | NEW ENGLAND CENTRAL RAILROAD, |
| by his attorneys, | by its attorneys, |

/s/ Robert Myers                              /s/ Valerie A. Murphy

Lawrence A. Katz, # 30261  
*lakatzesq@aol.com*  
Robert Myers,  
*coffeykaye_rmyers@yahoo.com*  
COFFEY, KAYE, MYERS & OLLEY  
Suite 718, Two Bala Plaza  
Bala Cynwyd, PA 19004  
(610) 668-9800  

Michael B. Flynn, BBO# 559023  
*mbflynn@flynnassoc.com*  
Valerie A. Murphy, BBO #661460  
*vmurphy@flynnassoc.com*  
FLYNN & ASSOCIATES, PC  
400 Crown Colony Drive, Suite 200  
FLYNN & ASSOCIATES, PC  
Quincy, MA 02169  
(617) 773-5500  

Dated: July 17, 2006
G:\F & A\CASE FILES\RAILAMERICA\New England Central\JONES, RICKEY A\pleadings\7-17-06 Joint Motion to extend pretrial deadline.doc