COFFEY KAYE MYERS & OLLEY
BY: Robert E. Myers, Esquire
Attorney I.D. No. 23762
Two Bala Plaza, Suite 718
Bala Cynwyd, PA 19004
610-668-9800

                 Attorneys For: Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICKEY A. JONES,<br>   Plaintiff<br><br>v.<br><br>NEW ENGLAND CENTRAL<br>RAILROAD, INC.,<br>   Defendant | ))))))))))) | Civil Action No. 04-11772-MAP |

### PLAINTIFF'S
### <u>PROPOSED JURY VERDICT FORM</u>

1. Did the defendant, New England Central, fail to provide the plaintiff, Mr. Jones, with a safe place to work in that it was negligent in performing or failed to perform its duty?

   _____ YES        _____ NO

   (Proceed to Question 2.)

2. Was New England Central's negligence a cause, in whole or in part, even in the slightest, of Mr. Jones' injuries?

   _____ YES        _____ NO

   (If you answered Question 2, YES, proceed to Question 3. If you did not answer Question 2, YES, then you do not proceed to Question 3.)

3. In what amount do you award damages to Mr. Jones?

$ _____

(Your deliberations are now complete. Please let the Deputy Clerk know that you have finished.)

                                                      Respectfully submitted,

                                                      **COFFEY KAYE MYERS & OLLEY**

                                                      By: /s/ Robert E. Myers, Esquire
                                                            ROBERT E. MYERS
                                                            Counsel for Plaintiff