UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKEY A. JONES,<br>    Plaintiff,<br>  v.<br><br>NEW ENGLAND CENTRAL RAILROAD, INC.,<br>    Defendant. | Civil Action No.: 04-11772-MAP |

**JOINT MOTION TO CONTINUE**
**PRE-TRIAL CONFERENCE**

Now comes the plaintiff, Rickey A. Jones, and the defendant, New England Central Railroad, Inc., in the above action, who hereby submit this Joint Motion to Continue Pre-Trial Conference scheduled for Tuesday, July 25, 2006, at 3:00 p.m. As grounds therefor, the parties state as follows:

1.  Counsel for plaintiff has to be in Ventnor, New Jersey, Tuesday afternoon (7/25/06) and Wednesday morning (7/26/06) for religious services and a funeral and, unfortunately, will be unable to attend the pre-trial conference.

2.  Counsel for the defendant has joined in plaintiff's application.

WHEREFORE, for the foregoing reasons, the parties respectfully request that their Motion be GRANTED and that the Court continue the Pre-Trial Conference originally scheduled

for Tuesday, July 25, 2006, at 3:00 p.m., to either Thursday, September 14, 2006 at 3:00 p.m. or

Thursday, September 21, 2006 at 3:00 p.m.

                                        Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>RICKEY A. JONES,<br>by his attorneys, | The Defendant,<br>NEW ENGLAND CENTRAL RAILROAD,<br>by its attorneys, |
| /s/ Robert E. Myers, Esquire___<br>Robert E. Myers, I.D. #23762<br>coffeykaye_rmyers@yahoo.com<br>COFFEY KAYE MYERS & OLLEY<br>Two Bala Plaza, Suite 718<br>Bala Cynwyd, PA 19004<br>(610) 668-9800 | /s/ Michael B. Flynn_____<br>Michael B. Flynn, BBO# 559023<br>*mbflynn@flynnassoc.com*<br>Valerie A. Murphy, BBO #661460<br>FLYNN & ASSOCIATES, PC<br>400 Crown Colony Drive, Suite 200<br>FLYNN & ASSOCIATES, PC<br>Quincy, MA 02169<br>(617) 773-5500 |

Dated: July 24, 2006