UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKEY A. JONES, | Civil Action No. 04-11772-MAP |
|         Plaintiff, | |
|     v. | |
| NEW ENGLAND CENTRAL RAILROAD, INC., | |
|         Defendant. | |

**THE PLAINTIFF'S, RICKEY A. JONES, PRETRIAL DISCLOSURES
PURSUANT TO LOCAL RULE 16.5 AND FED.R.CIV.P. 26(a)(3)**

The plaintiff, Rickey A. Jones, hereby submits his Pretrial Disclosures, pursuant to

Fed.R.Civ.P. 26(a)(3) and L.R. 16.5, as follows:

A.    WITNESSES:

In accordance with Fed.R.Civ.P. 26(a)(1)(A), the plaintiff identifies the following

individuals who are likely to testify at trial (note that the plaintiff is not required to identify those

individuals who he may use solely for impeachment or rebuttal):

1.    The plaintiff, Rickey A. Jones, 407 Desoto Avenue, Clewiston, Florida;

2.    Nathaniel Cobb, Engineer, c/o New England Central Railroad;

3.    Kevin Bushy, Conductor, c/o New England Central Railroad;

4.    Larry LaRoque c/o New England Central Railroad and Union Representatives

5.    Other Union Representatives

6.    Representatives of Northwestern Medical Center Rehabilitation Services, P. O.

Box 1370, St. Albans, Vermont;

7.    Representatives of Northwestern Medical Center, 156 Fairfield Street, St. Albans, Vermont;

8.    Robert N. Beattie, M.D., Doctors Office Common, 3 Crest Road, St. Albans, Vermont; (EXPERT)

9.    Michael Mikolajczak, D.O., The Center for Bone and Joint Surgery, 10131 W. Forest Hill Boulevard, Suite 206, West Palm Beach, Florida;  (EXPERT)

10.    Raymond A. Long, M.D., 3 Crest Road, St. Albans, Vermont 05478; (EXPERT)

11.    Representatives of Hendry Diagnostic Imaging Center, Inc., 1008 W. Sidemore Avenue, Clewiston, Florida;

12.    Andrew G. Verzilli, Ph.D., Economist, Verzilli & Verzilli and Consultants, Inc., 411 N. Broad Street, Lansdale, Florida; (EXPERT)

13.    Cathy McVay, CDMS, SDAD, QRP, Certified Disability Management Specialist, Senior Disability Analyst and Diplomat, State of Florida Qualified Rehabilitation Provider, 1340 U.S. Highway 1, Suite 102, Jupiter, Florida; (EXPERT)

14.    Representatives of Palms Wellington Surgery Center, 460 State Road 7, Palm Beach, Florida;

15.    Deborah R. Hellinger, D.O. c/o The Hendry Diagnostic Imaging Center, Inc., 1008 W. Sagamore Avenue, Clewiston, Florida;

16.    Walter Wagenknecht, M.D., c/o Northwestern Medical Center;

17.    Luis Gonzalez, M.D., c/o Northwestern Medical Center, Inc.

18.    Nancy Hickey, M.D., c/o Northwestern Medical Center;

19.    Representatives of Northwest Vermont Health Services;

20.    Representatives of Northwestern Occupational Health, Cobblestone Health

Commons, 260 Crest Road, Suite 101, Clewiston, Florida;

21.    D. Dunsmore, P.T., and Other Members of Physical Therapy Staff;

22.    Nimia Reyes, P.T. c/o Hendry Regional Rehabilitation Services, 121 Central

Avenue, Clewiston, Florida;

23.    Plaintiff's Family and Friends

The Plaintiff hereby adopts and incorporates herein by reference the list of witnesses,

which the defendant identified in its automatic disclosures and pretrial disclosures, and plaintiff

reserves the right to supplement his list of witnesses from time to time as discovery proceeds.

B.    EXHIBITS:

The plaintiff may use one or more of the following exhibits at trial:

1.    Photographs of the accident site and conditions of the rail yard.

2.    A diagram of Italy Yard (produced by the Defendant in this case).

3.    Medical records, reports and bills from Northwestern Medical Center
       Rehabilitation Services.

4.    Raymond Long, M.D.
       a.    Curriculum Vitae
       b.    Records and Reports
       c.    Transcript of Dr. Long's trial testimony and accompanying
              exhibits
       d.    Video tape of trial testimony and accompanying exhibits

5.    Medical records, reports and bills from Northwestern Medical Center.

6.    Robert Beatti, M.D.
       a.    Curriculum Vitae
       b.    Records and Reports
       c.    Transcript of Dr. Beatti's trial testimony and accompanying
              exhibits

       d.      Video tape of trial testimony and accompanying exhibits

7.    Michael Mikolajczak
       a.      Curriculum Vitae
       b.      Records and Reports
       c.      Transcript of Dr. Mikolajczk's trial testimony and accompanying exhibits
       d.      Video tape of trial testimony and accompanying exhibits

8.    Medical records, reports and bills from Hendry Diagnostic Imaging Center, Inc.

8.    Medical records, reports and bills from Hendry Diagnostic Imaging Center, Inc.

9.    Medical records, reports and bills from Hendry Regional Rehab Services.

10.    Medical records, reports and bills from Northwestern Occupational Health.

11.    Reports and records of Cathy McVay, CDMS, SDAD, QRP
       a.      Curriculum Vitae
       b.      Report of 12/12/05
       c.      Report of 1/06/06

12.    Reports, records, charts, etc. of Andrew G. Verzilli, Ph.D.
       a.      Curriculum Vitae
       b.      Report of 1/12/06
       c.      Supplemental report
       d.      Charts and graphs

13.    Defendant's payroll records of the Plaintiff (produced by the Defendant)

14.    Plaintiff's W-4 form for 2001

15.    Plaintiff's W-4 form for 2002

16.    The Hendry Diagnostic Imaging Center, Inc.
MRI Report of the left knee 8/11/03
By: Luis Gonzalez, M.D.

17.    The Hendry Diagnostic Imaging Center, Inc.
MRI Report of right knee 1/12/04

18.    Diagnostic Imaging Report from Northwestern Medical Center, Inc.

19.    Present Value Tables

20.    Life Expectancy Tables

21.    Reports and other records from Original Equipment Company, Clewiston, Florida

Plaintiff reserves the right to use any of the documents, data compilations and tangible things identified and/or produced by the defendant and incorporates hereby by this reference the documents, data compilations and tangible things set forth in the defendant's disclosures. Plaintiff also reserves the right to supplement his list of documents, data compilations and tangible things prior to trial.

Respectfully submitted,

The Plaintiff,
RICKEY A. JONES,
by his attorneys,

___s/ Robert E. Myers_____
Robert  E. Myers, I.D. #23762
coffeykaye_rmyers@yahoo.com
COFFEY KAYE MYERS & OLLEY
Two Bala Plaza, Suite 718
Bala Cynwyd, PA 19004
(610) 668-9800
(610) 667-3352  (fax)