UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKEY A. JONES,<br>        Plaintiff,<br><br>v.<br><br>NEW ENGLAND CENTRAL RAILROAD, INC.,<br>        Defendant. | C.A. No.: 04-11772-MAP |

**PLAINTIFF'S REPLY IN OPPOSITION TO
NECR'S MOTION IN LIMINE RE:
A "DESIGN DEFECT" THEORY**

Plaintiff respectfully submits that NECR's Motion in Limine to preclude plaintiff from presenting a "design defect" theory, concerning the tank car and/or its stirrup, should be denied as moot.

Plaintiff concedes that much, although not all, of the law contained in NECR's treatise on federal preemption is correct; however, it is irrelevant in this case. Plaintiff has not claimed that the tank car that he was dismounting when he was injured (and/or its stirrup) was defective or improperly designed. Plaintiff will not pursue such an argument at trial. Therefore, this motion is moot.

Plaintiff will discuss the position of the stirrup on the tank car for a limited purpose, but not to suggest or argue that its position was due to NECR negligence or any statutory violation. Instead, Mr. Jones will explain that the stirrup on SHPX tank cars are "underneath the car" and therefore while dismounting he "couldn't see the stirrup." (Jones Dep. At 167, lines 14-17) He will discuss the position of the stirrup for the purpose explaining his positioning and movements during the accident and/or to help

negate any assertions of contributory negligence that may be presented by NECR.

These limited purposes are not precluded by the doctrine of federal preemption and related arguments. Therefore, NECR's Motion is moot and should be dismissed.

                                                Respectfully submitted,

                                                COFFEY KAYE MYERS & OLLEY


                                                ____s / Lawrence A Katz, Esquire____
                                                   LAWRENCE A KATZ
                                                   ROBERT E MYERS
                                                   Counsel for Plaintiff

COFFEY KAYE MYERS & OLLEY
718 Two Bala Plaza
Bala Cynwyd, PA  19004
610-668-9800
610-667-3352 (Fax)