UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKEY A. JONES,<br>　　　　Plaintiff,<br><br>v.<br><br>NEW ENGLAND CENTRAL RAILROAD,<br>INC.,<br>　　　　Defendant. | C.A. No.: 04-11772-MAP |

**PLAINTIFF'S REPLY IN OPPOSITION TO**
**NECR'S MOTION IN LIMINE RE:**
**INJURIES SUSTAINED ON JULY 14, 2003**

Plaintiff respectfully submits that NECR's Motion in Limine to preclude plaintiff from arguing that Mr. Jones was injured as a result of NECR negligence on July 14, 2003 should be denied as moot.

Plaintiff's claim is that he was injured on August 15, 2002, when dismounting from a railroad tank car. He has never claimed that an incident on July 14, 2003 was caused by NECR negligence. On the contrary, Mr. Jones testified that an incident where his knee buckled on July 14, 2003 was merely a reoccurrence of the injury sustained on August 15, 2002. Because of the August 15, 2002 accident, his knee frequently buckled as it did on July 14, 2003. He said,

> Q.　Now, you had an incident on July 14 of 2003. Did you reinjure yourself?
> A.　It had been hurting.  * * * It was you know, it buckled like normal, and I just couldn't go on.
> Q.　That was happening on a regular basis?
> A.　Ever since I went back to work . . ."

(Jones Dep. At 234)

As NECR states, Plaintiff and his counsel have both stated on the record that there

is no separate claim for any incident that occurred on July 14, 2003. In light of that, Plaintiff's counsel does not understand why this motion was even filed. It should be denied as moot.

                                  Respectfully submitted,

                                  COFFEY KAYE MYERS & OLLEY


                                  _____s / Lawrence A Katz, Esquire____
                                      LAWRENCE A KATZ
                                      ROBERT E MYERS
                                      Counsel for Plaintiff

COFFEY KAYE MYERS & OLLEY
718 Two Bala Plaza
Bala Cynwyd, PA  19004
610-668-9800
610-667-3352 (Fax)