UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

RICKEY A. JONES,
        Plaintiff,

v.

NEW ENGLAND CENTRAL RAILROAD, INC.,
        Defendant.

C.A. No.: 04-11772-MAP

**PLAINTIFF'S REPLY IN OPPOSITION TO
NECR'S MOTION IN LIMINE RE:
COLLATERAL SOURCE EVIDENCE**

       NECR has sought permission to present two types of collateral source evidence to the jury. First, disability benefits paid by the railroad, and second, benefits received from the Railroad Retirement Board. (Motion on page 1, ¶ 1) Plaintiff respectfully urges that the Motion be completely denied.

       First, the NECR disability benefits. Plaintiff understands that he is not entitled to seek wage loss or loss of earning capacity damages for any benefits directly paid by NECR to Mr. Jones. Plaintiff agrees that this includes disability benefits. Therefore, Plaintiff will make certain that the amount of disability benefits are deducted from any past age loss calculations presented by his economic expert.[1] Therefore, this aspect of the motion is moot.

      Second, the Railroad Retirement Board (RRB) benefits. Mr. Jones is not entitled to RRB benefits and for the defendant to suggest it to the jury is improper and

---

[1] Plaintiff requests that NECR provide the amount of disability benefits that is claims have been paid to Mr. Jones and documentation to verify said amounts.

misleading. See, F.R.Evid. 403.[2] Mr. Jones had only worked for a railroad employer, at the most for four or five years. He worked for the South Central Florida Express from 1998 to 2002. (Jones Dep. at 44-49, 49-50) He began working for the defendant in 2001 and stopped working there in late 2003. (Id. at 242-243) In April 2005, Plaintiff obtained a non-railroad sales position in Clewiston, Florida. (Joint Pre Trial Order at 7) Based on these fact, Plaintiff is not entitled to any on-going RRB benefits.

First, the RRB allows an employee to receive temporary sickness benefits. These benefits are only permitted for a duration of 130 days or 26 weeks in a benefit year. Although extended benefits are available, they are only for employees with 10 or more years of rail service. Thus, Mr. Jones has completely exhausted any temporary sickness benefits to which he would have been entitled had he still be working for a railroad. (Exhibit A – RRB Website Information) Second, the RRB enables an employee to receive disability benefits. An employee with 20 years service needs only prove the inability to perform his regular occupation. An employee with less than 20 years service must prove the Social Security standard of a permanent inability to perform any substantial gainful employment. (Exhibits B and C) Mr. Jones cannot claim an occupational disability because, at most, he only has four or five years of service. He cannot claim a regular disability pension because he does not meet the Social Security standard. The fact that he is working as a salesman confirms that he is not entitled to the RRB disability award.

Thus, because Mr. Jones is presently working, and most important, because he

---

[2] F.R.Evid. 403 provides, "Although relevant, evidence may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence."

simply is not eligible to receive RRB disability benefits, the railroad should not be permitted to tell the jury that he is or may be able to receive them. Such evidence would be incorrect, dishonest and misleading. Furthermore, if the NECR were to present information that Mr. Jones can receive RRB benefits even though he actually cannot receive them, the jury will be confused and misled to Mr. Jones' substantial prejudice.

Plaintiff does not deny that the railroad can question Mr. Jones at trial about his ability to perform jobs that pay more than his current sales position, and that it can argue his failure to mitigate to the jury, however that does not permit it to mislead the jury about Mr. Jones' ability to receive RRB benefits.

Therefore, with respect to both the NECR disability benefits and the RRB benefits, this Motion should be denied.

                                          Respectfully submitted,

                                          COFFEY KAYE MYERS & OLLEY


                                          _____s / Lawrence A Katz, Esquire____
                                               LAWRENCE A KATZ
                                               ROBERT E MYERS
                                               Counsel for Plaintiff

COFFEY KAYE MYERS & OLLEY
718 Two Bala Plaza
Bala Cynwyd, PA  19004
610-668-9800
610-667-3352 (Fax)

 **Home  Search  Site Map  Contact Us   Benefit Online Services (MainLine)  Benefit Forms & Publications**

- Introduction
- Base Year-Benefit Year
- Biweekly Benefits
- Duration of Benefits
- General Requirements
- How to Claim Benefits
- Free Placement Service
- Disqualifications
- Receipt of Other Benefits
- Damages
- Protective Allowances
- Appeals
- Income Taxes
- **For More Information**
- Comments

**RELATED LINKS**
- Benefit Forms & Publications
- Benefit Online Services
- Field Offices
- Frequently Asked Questions
- Fraud and Abuse Hotline
- Glossary
- Guide to Finding the Right Job
- HelpLine
- Mission Statement
- Nondiscrimination on the Basis of Disability

# Railroad Unemployment and Sickness Benefits
## RRB Form UB-9 (July 2006)

View UB-9 in PDF

To view and download PDF documents, you need the free Acrobat Reader. We recommend using the latest version.

Viewers with visual disabilities can go to Adobe's Access Website for tools and information that will help make PDF files accessible.

This pamphlet is issued for the purpose of general information. Certain limitations, exceptions, and special cases are not covered.

## Introduction

The Railroad Unemployment Insurance Act provides two kinds of benefits for railroad employees: unemployment benefits, when you are not working but are ready, willing and able to work; and sickness benefits, when you are unable to work because of illness or injury. Sickness benefits are also payable to female employees unable to work because of pregnancy, miscarriage, or childbirth.

Benefit payments are based on biweekly claims filed with the Railroad Retirement Board, the Federal agency responsible for administering the Railroad Unemployment Insurance Act.

The funds to pay unemployment and sickness benefits are provided by payroll taxes on railroad employers only. Employees do not pay unemployment insurance taxes.

The following describes the requirements for railroad unemployment and sickness benefits, the amounts payable, and how to claim them.

## Base Year - Benefit Year

A new benefit year for unemployment and sickness benefits begins every July 1. To qualify in the benefit year beginning July 1, 2006, you must have base year earnings of $2,875 in calendar year 2005, not counting earnings of more than $1,150 per month. To qualify in the benefit year beginning
July 1, 2007, you must have base year earnings of $2,987.50 in calendar year 2006, not counting earnings of more than $1,195 per month. If the base year was your first year of railroad service, you must also have worked in 5 months of that year.

If you do not meet these requirements but have at least 10 years of service, you might still be able to qualify under the conditions for extended and accelerated benefits.

## Biweekly Benefits

The maximum daily benefit payable in the benefit year beginning July 2006 is $57 and, for biweekly claims, maximum benefits can total $570. The daily benefit rate will increase to $59 in July 2007 and may increase at the beginning of each future benefit year depending on the growth in average national wages.

**Registration and waiting period.--** Benefits are normally paid for the number of days of unemployment or sickness over 4 in 14-day registration periods. Initial sickness claims must also begin with 4 consecutive days of sickness. However, during the first 14-day claim period in a benefit year, benefits are only payable for each day of unemployment or sickness in excess of 7 which, in effect, provides a 1-week waiting period. Separate waiting periods are required for unemployment and sickness benefits. However, only one 7-day waiting period is required during any period of continuing unemployment or sickness, even if that period continues into a subsequent benefit year.

**Strike benefits.--** If you are unemployed because of a strike conducted in accordance with the Railway Labor Act, benefits are not payable for days of unemployment during the first 14 days of the strike, but benefits are payable during subsequent 14-day periods. If a strike is in violation of the Railway Labor Act, unemployment benefits are not payable to employees participating in the strike. However, employees not among those participating in such an illegal strike, but who are unemployed on account of the strike, may receive benefits after the first 2 weeks of the strike.

**Note.--** Sickness benefits payable for the first 6 months after the employee last worked are subject to tier I railroad retirement payroll taxes, unless benefits are being paid for an on-the-job injury.

While a benefit year waiting period cannot count toward a strike waiting period, the 14-day strike waiting period may count as the benefit year waiting period if you subsequently become unemployed for reasons other than a strike later in the benefit year.

## Duration of Benefits

**Normal benefits.--** Normal benefits are paid for up to 130 days (26 weeks) in a benefit year. Benefit rights are exhausted when a benefit year ends (normally June 30) or earlier if benefit payments equal base year creditable earnings. Maximum normal benefits payable in the benefit year beginning July 2006 cannot exceed your railroad earnings in base year 2005, counting monthly earnings of up to $1,485. In the benefit year beginning July 2007, monthly earnings up to $1,544 in base year 2006 will be counted.

In order to qualify for normal unemployment benefits, the employee must not have voluntarily quit work without good cause and not have voluntarily retired. However, these restrictions do not apply to normal sickness benefits.

**Extended benefits.--** If you have 10 or more years of service and exhaust your normal unemployment or sickness benefits, you may be eligible to receive extended benefits for up to 65 days (13 consecutive weeks). Also, if you are not qualified for normal benefits in the current benefit year, but received normal benefits in the previous year, you may still be eligible for extended benefits.

In order to qualify for extended unemployment benefits, you must not have voluntarily quit work without good cause and not have voluntarily retired. To qualify for extended sickness benefits, you must not have voluntarily retired and must be under age 65.

**Accelerated benefits.--** If you have 10 or more years of service and your earnings do not qualify you for unemployment or sickness benefits in the current benefit year, but will qualify you in the next benefit year, you may be able to receive normal unemployment or sickness benefits before the regular beginning date of the next benefit year. To be eligible, you must have 14 or more consecutive days of either unemployment or sickness; not have voluntarily retired or, if claiming unemployment benefits, quit work without good cause; and be under age 65 when claiming sickness benefits.

## General Requirements

To be eligible for unemployment benefits, you must be ready, willing and able to work and be available for work. A "day of unemployment" is a day on which you meet these conditions and do not receive any pay, are not disqualified, and have properly registered for unemployment benefits. If you are in train and engine service, any calendar day on which you do not work solely because of a mileage limitation or work-restriction agreement or solely because you are between regularly assigned trips or tours of duty, or because you missed a turn in pool service, is not considered a day of unemployment.

If you are an extra-board employee, you can receive unemployment benefits between jobs if the miles and/or hours you actually worked were less than the equivalent of normal full-time work in your class of service during the 14-day claim period. Entitlement to benefits would also depend on your earnings.

To be eligible for sickness benefits, you must be unable to work because of illness or injury. A "day of sickness" is a day on which you meet this condition and for which you do not receive any pay and have filed a "statement of sickness" signed by your doctor or other authorized individual. This statement provides evidence of your medical condition and its expected duration.

**You may not receive benefits for any day for which you receive pay.** This includes railroad and nonrailroad wages, salary, pay for time lost, pay while sick, dismissal allowances, most wage guaranty payments, vacation pay, holiday pay, military reservist pay, earnings from self-employment, or remuneration other than subsidiary remuneration.

However, payments received under an approved nongovernmental supplemental unemployment or sickness insurance plan, your own health or accident insurance policy or a group insurance policy will not affect entitlement to unemployment or sickness benefits and should not be reported on your claims.

Also, an earnings test is applied to unemployment claims. If a claimant's earnings for days worked, and/or days of vacation or paid leave, in a 14-day registration period are more than a certain indexed amount, no benefits are payable for any days of unemployment in that period. Earnings include pay from self-employment and railroad, nonrailroad, and part-time work. Earnings also include pay that you would have earned except for your failure to mark up or report for duty on time, or because you missed a turn in pool service or were otherwise not ready or willing to work.

For the benefit year beginning July 2006, the earnings test is $1,150; and for the benefit year that begins July 2007 the test will be $1,195. These amounts correspond to the base year monthly compensation amounts used in determining eligibility for benefits in each year. But, even if an earnings test applies on the first claim in a benefit year, this will not prevent the first claim from satisfying the waiting period in that benefit year.

On the other hand, earnings of not more than $15 a day from work which is substantially less than full-time and not inconsistent with the holding of normal full-time employment may be considered subsidiary remuneration and may not prevent payment of any days in a claim. However, be sure to report all full and part-time work on your claims, regardless of the amount of your earnings, so the Board can determine whether it affects your benefits.

## How to Claim Benefits

**Unemployment --** In order to receive unemployment benefits, you must file an application for benefits by mail or through the Board's Web site (www.rrb.gov). If you choose to file by mail, you must obtain an application from your em-ployer, labor organization, local Railroad Retirement Board office or the Board's Web site. The completed application should be mailed to the local Board office as soon as possible and, in any case, must be filed within 30 days of the date on which you became unemployed or the first day for which you wish to claim benefits. Benefits may be lost if the application is filed late.

To file your application online, you should go to the Board's Web site and click on "Benefit Online Services (MainLine)" for directions on establishing an RRB Internet Services account. Once you establish an online account, you will be able to file your application for unemployment benefits, as well as conduct other business with the Board, over the Internet. However, to ensure security, you must first go online to get a Password Request Code, which you will receive by mail within 10 business days. You are encouraged to establish an online account while still employed so the account is ready if you ever need to apply for these benefits or use other Internet services. Once you establish an online account, you do not need to do so again.

Whether you file by mail or online, the local Board office reviews the completed unemployment application and notifies your current employer, and your base-year railroad employer if different. Your employer has the right to provide information about your benefit application.

Biweekly claim forms are then mailed to you, and are also made available on the Board's Web site, as long as you remain unemployed and eligible for benefits.

Claim forms should be signed and mailed only on or after the last day of the claim. You also have the option of filing these claims over the Internet. The completed claim must be received by a Board office within 15 days of the end of the claim or the date the claim was mailed to you or made available online, whichever is later. You should **not** file both a paper claim and an online claim for the same period.

The Board must notify your base-year employer each time you file a claim for unemployment benefits and give that employer an opportunity to submit information relevant to the claim before the Board makes an initial determination on it. Any current employer is also notified. The Board also notifies your base-year employer each time benefits are paid to you. While the base-year employer may protest the decision to pay benefits, such a protest does not prevent the timely payment of benefits. However, you may be required to repay benefits if the protest is successful.

Only one application need be filed during a benefit year even if you become unemployed more than once. However, in that case, you must request a new claim form from a Board office, or online, within 30 days of the first day for which you want to claim benefits. These claims may also be filed by mail or online.

**Sickness --** An application for sickness benefits can be obtained from railroad employers, railroad labor organizations, any Board office or printed off the Board's Web site. An application and a doctor's statement of sickness are required at the beginning of each "period of continuing sickness" for which benefits are claimed. The Board suggests that you keep an application form on hand for use in claiming sickness benefits, and that your family knows where the form is kept and how to use it.

Attached to each application is a statement of sickness which must be completed by your doctor. If you become unable to work because of sickness or injury, complete your application and take or send it to your doctor for completion of the statement of sickness.

If you are too sick to complete the application, someone else may do it for you. In such cases, a member of your family should also complete the "Statement of Authority to Act for Employee," which accompanies the statement of sickness.

After completion, the forms should be mailed to the Board's headquarters in Chicago by the 7th day of illness or injury for which benefits are claimed. (Employees cannot file for sickness benefits online. However, the agency is planning to add online filing of these claims in the near future.) After the Board receives your application and statement of sickness and determines eligibility, biweekly claim forms are mailed to you for completion and return to a Board field office for processing.

The claim forms must be received at the Board within 30 days of the last day of the claim period, or within 30 days of the date the claim form was mailed to you, whichever is later. Benefits may be lost if an application or claim is filed late. If an unemployment or sickness application or claim is filed late, you should include a signed statement explaining the reason for the late filing.

As with claims for unemployment benefits, the Board must notify your base-year employer each time a claim for sickness benefits is filed. That employer has the right to submit information relevant to the claim before the Board makes its initial determination. If your current employer is not your base-year employer, your current employer is also notified. In addition, the base-year employer is notified each time benefits are paid to you. While the base-year employer may appeal the decision to pay benefits, the appeal does not prevent the timely payment of benefits. However, you may be required to repay benefits if the appeal is successful.

**Payments --** If you file an application for benefits you may expect to receive a claim form, or a decision on your application, within 15 days of the date you filed your application.

When you file your biweekly claims, you may expect to receive a payment, or a decision on your claim, within 15 days of the date a Board office receives your claim form.

However, some claims for benefits may take longer to handle than others if they are more complex, or if a Board office has to get information from other people or organizations. If this happens, you may expect an explanation and an estimate of the time required to make a decision.

The normal method of payment for railroad unemployment and sickness benefits is by Direct Deposit. With Direct Deposit, payments are issued directly to a claimant's bank, savings and loan, credit union or other financial institution. Applicants for unemployment and sickness benefits are asked to provide information needed for Direct Deposit enrollment.

## Free Placement Service

The Railroad Unemployment Insurance Act authorizes the Board to operate a [free placement service](). The primary purpose of the placement service is to secure new employment for experienced railroad workers who have lost their jobs.

When you apply for unemployment benefits you also apply for employment service. You will probably be interviewed by a Board representative who will try to help you secure employment if you do not have good prospects of returning to your former job. You may be referred by the representative to a suitable railroad job; otherwise, an effort will be made to place you in a nonrailroad job for which you appear qualified. As part of its placement service, the Board maintains a list of job openings reported by railroads. The list is available for review at all offices of the Board and online.

## Disqualifications

If you have been paid a separation allowance by your employer, you cannot receive unemployment or sickness benefits for roughly the period of time it would have taken to earn the amount of the allowance.

If you leave either your railroad or nonrailroad job voluntarily without good cause, you will be disqualified for railroad unemployment benefits until you have returned to railroad work and earned wages sufficient to qualify for benefits again.

If you leave work voluntarily with good cause, you will be disqualified for unemployment benefits for periods in which you could receive unemployment benefits under another law. If you are not qualified for other unemployment benefits, you may receive railroad unemployment benefits.

If you refuse to accept suitable work, or fail to follow instructions to apply for work or to report to a State unemployment office or a Board office for an interview, you may be disqualified for unemployment benefits for 30 days.

You will be disqualified for unemployment benefits for any day on which you take part in a strike which began in violation of the Railway Labor Act or in violation of the established rules and practices of your labor organization.

You may be disqualified for sickness benefits if you fail to take a medical examination when required by the Board.

**You will be disqualified for both unemployment and sickness benefits for 75 days if you make a false or fraudulent statement or claim to obtain benefits. You may also be subject to fine or imprisonment. The Railroad Retirement Board conducts checks with Federal agencies, all 50 States (as well as the District of Columbia and Puerto Rico), and railroads to detect fraudulent benefit claims. The Board also checks with physicians to verify the accuracy of medical statements supporting sickness benefit claims.**

### Receipt of Other Benefits

If you receive a regular retirement or survivor benefit under the Railroad Retirement Act, Social Security Act, or any other social insurance law for days for which you are also entitled to benefits under the Railroad Unemployment Insurance Act, your unemployment or sickness benefits are payable only to the extent to which they exceed the other payments for those days. Examples of other such social insurance payments are military pensions, firefighters' and police pensions, or certain workers' compensation payments. **Claimants should report all such other payments promptly to avoid having to refund benefits later.**

There is no reduction in unemployment or sickness benefits for benefits paid under a Board-approved nongovernmental sickness insurance plan, such as a supplemental sickness benefit plan established by a railroad. Similarly, there is no reduction in benefits if you receive supplemental unemployment benefits under a Board-approved nongovernmental unemployment benefit plan. But unemployment and sickness benefits provided under the Railroad Unemployment Insurance Act are not payable to you if you also receive Federal/State unemployment or sickness benefits under other laws, including Canadian law, for the same period of time.

### Damages

If you receive sickness benefits for an injury or illness for which you are paid damages, the Board is entitled to reimbursement of either the amount of the benefits paid for the injury or illness, or the net amount of the settlement (after deducting your gross medical, hospital, and legal expenses), whichever is less.

### Protective Allowances

Unemployment benefits can sometimes be paid even though you are covered by a job protection plan which guarantees you a certain amount of work or wages each month. However, if you receive a protective allowance from your employer for a period for which benefits were paid, some or all of the benefits will have to be refunded. Report such allowances promptly to the Board.

### Appeals

**Employers --** Employers may protest the payment of a claimant's benefits, but such protests do not prevent the timely payment of benefits. However, employees may be required to repay benefits if their employers' protests are ultimately successful. The employer also has the right to appeal an unfavorable decision to the Board's Bureau of Hearings and Appeals.

**Employees --** If you disagree with a decision made on your claim, you have 60 days from the date of the initial notice of the decision in which to file a written statement requesting reconsideration from the Board office that made the decision. This step is mandatory before a decision may be appealed to the Board's Bureau of Hearings and Appeals. Failure to request reconsideration within 60 days will result in forfeiture of further appeal rights.

If the case involves a benefit overpayment of more than 10 times the maximum daily benefit rate, you may request a waiver of repayment. A request for waiver filed within 60 days will, in certain cases, defer recovery of the overpayment from subsequent benefit payments. If you request waiver, you may be asked to complete a financial statement on a form provided by the Board. If dissatisfied with the reconsideration or waiver decision of a Board office, you may, within 60 days, appeal to the Bureau of Hearings and Appeals.

If not satisfied with the Bureau of Hearings and Appeals' decision, you may further appeal, within 60 days, to the three-member Board.

If not satisfied with the three-member Board's decision, you may file a petition for a review of your claim by a U.S. Court of Appeals. A petition for review must be filed within 90 days

of the notice of the Board's decision.

## Income Taxes

Unemployment benefits paid by the Board are subject to Federal income tax, just like unemployment benefits paid under State government programs.

Sickness benefits paid by the Board, except for sickness benefits resulting from on-the-job injuries, are subject to Federal income tax under the same limitations and conditions that apply to the taxation of sick pay received by workers in other industries.

The Railroad Unemployment Insurance Act specifically provides that railroad unemployment and sickness benefits are not subject to State income taxes. In January of each year, the Board sends railroad employees Form 1099-G showing the total amount of unemployment benefits paid during the previous year and/or a Form W-2 showing the net amount of sickness benefits paid.

## For More Information

Claimants may obtain information on railroad unemployment and sickness benefits by using the automated toll-free RRB Help Line, which is available 24 hours a day, 7 days a week, at 1-800-808-0772.

The Board's Web site at www.rrb.gov is another source of information on railroad unemployment and sickness benefits. Employees can file their applications and claims for unemployment benefits online. Claimants can also access information about their individual railroad unemployment insurance account statements. This service, called "RUIA Account Statement," displays the type and amount of a claimant's last five benefit payments, the claim period for which the payments were made, and the dates that the payments were approved. Claimants can also confirm the Board's receipt of their latest application or claim for unemployment or sickness benefits, along with the receipt of any supplemental doctor's statement required to continue the payment of sickness benefits. In addition, the service allows claimants to view the address currently on record for them and, if applicable, their direct deposit information.

To use this service, claimants must get a PIN/Password and establish an Internet Services account, as described earlier.

You can also contact the nearest office of the Railroad Retirement Board for information about railroad unemployment and sickness benefits. To locate the nearest Board office, you may call the RRB Help Line at 1-800-808-0772 or look online at www.rrb.gov. You may also look in the telephone directory under "United States Government," or check with your union representative, a rail employer, a local post office, or the nearest Federal Information Center. Most Board offices are open to the public from 9:00 a.m. to 3:30 p.m., Monday through Friday, except on Federal holidays.

## Comments?

If you have any comments or suggestions regarding the presentation of information in this publication, contact:

**Public Affairs**
U.S. Railroad Retirement Board
844 North Rush Street
Chicago, IL 60611-2092

| | |
|---|---|
| **Telephone:** | 312-751-4777 |
| **FAX:** | 312-751-7154 |
| **E-mail:** | opa@rrb.gov |

**Privacy Policy  Policies & Links  Freedom of Information Act  No Fear Act  Frequently Asked Questions  About Us**

Date posted:07/31/2006
Date updated:07/21/2006

FIRSTGOV.gov

U.S. Railroad Retirement Board
844 North Rush Street
Chicago Illinois, 60611-2092
Telephone: (312) 751-7139 TTY: (312) 751-4701
Contact an RRB office near you



  Home  Search  Site Map  Contact Us  Benefit Online Services (MainLine)  Benefit Forms & Publications

**General Information**
- Application Forms
- Medical Evidence
- After You Return Your Application
- Periodic Review of Disability
- Information and Assistance
- Vocational Rehabilitation Services
- Your Responsibilities

**About Your Disability Annuity**

**About Your Period of Disability ("Disability Freeze")**

**Applying for Early Medicare Coverage**

**Events That Can Affect Your Disability Benefits**

**Glossary**

**RELATED LINKS**
Benefit Forms & Publications

# Employee Disability Benefits
## RB-1D (01-02)
### General Information

View RB-1D in PDF

To view and download PDF documents, you need the free Acrobat Reader. We recommend using the latest version.

Viewers with visual disabilities can go to Adobe's Access Website for tools and information that will help make PDF files accessible.

## Application Forms

To receive the disability benefits described in this booklet, you must file an application form. This chapter will explain the forms you must file to receive a disability benefit.

To expedite filing for a disability annuity, you or a family member should call or write the nearest Railroad Retirement Board (RRB) field office to schedule an appointment. For the appointment, bring in any medical evidence in your possession and any medical records you can secure from your treating physicians.

### Disability Annuity

To receive monthly disability annuity payments, Form AA-1d, "Application for Determination of Employee Disability", must be filed with Form AA-1, Application for Employee Annuity, and Form G-251, Vocational Report.

If you have filed for a disability annuity, you are automatically considered for a period of disability and early Medicare coverage.

### Period of Disability and Early Medicare Coverage

If you have already received a monthly railroad retirement annuity payment, you may file Forms AA-1d and G-251 for period of disability and early Medicare coverage. Normally, you would do this if you:

- are disabled and applied for, or are already receiving, monthly annuity payments based on 30 years of railroad service at age 60 or later, or
- receive monthly disability payments but you did not previously qualify for a period of disability or early Medicare coverage when your annuity began.

## Medical Evidence

When you apply for any type of disability benefit, it is your responsibility to prove to the RRB that you are "permanently disabled".  You must provide or tell us about any evidence which may show you are disabled.

### How to Furnish Medical Evidence

You may furnish medical evidence in three ways:

1. We will give you a report form for your personal physician to complete. In this way, we can get information about your condition from the medical source that knows you best.

2. We will ask you to sign an authorization to release to the RRB any hospital, clinic or employer medical records about your condition.

3. We may ask you to be examined at the RRB's expense if more evidence is needed to:

    - obtain more detailed or specialized medical findings about your condition, or

- resolve conflicts or differences in the evidence already in file.

**Acceptable Sources of Medical Evidence**

The following are acceptable sources of medical evidence:

- Licensed physicians
- Licensed osteopaths
- Licensed or certified psychologists
- Licensed optometrists
- Persons authorized to send copies or summaries of the medical records of hospitals, clinics, sanitariums, medical institutions or health care facilities.

**Other Sources of Information**

Sometimes, information from other sources can be important to a decision about your ability to work, such as:

- public and private social welfare agencies,
- observations by non-medical sources (for instance, a vocational consultant),
- other practitioners (naturopaths, chiropractors, audiologists, etc.).

**Failure to Submit Evidence**

It is in your best interest to fully cooperate if medical or other evidence is needed so that the decision on your claim is made as quickly as possible and based on the best information available.

If you fail to submit medical evidence that is needed and requested, a decision will be made on the evidence available.

If you fail or refuse to report without good cause for an examination scheduled and paid for by the RRB, it may be decided that you are not disabled.

## After You Return Your Application

After the RRB receives your completed application and all the needed evidence, the RRB will decide if you are entitled to disability benefits.

If you cannot receive disability benefits, the RRB will send you a notice explaining:

- why you cannot receive disability benefits, and
- what you can do if you disagree with the reason you cannot receive them.

If you can receive disability benefits, you will receive a notice that shows the amount of your monthly payments, if any, and other information about your benefits.

Sometimes the RRB will not be able to make a decision on your application without obtaining additional information. If so, an RRB representative will contact you by telephone or mail. You may be asked to send us additional forms, proofs or statements that are needed. You may also be asked to report for a medical examination.

The RRB will normally notify you of the decision on your application in 4 months or less. If you do not hear from us within that time, contact the nearest RRB office.

## Periodic Review of Disability

Your case may be periodically reviewed to determine if your condition is still severe enough to prevent you from working. This is necessary to see if your disability annuity, period of disability, or early Medicare coverage should continue.

When your case is reviewed, we may ask you for information and evidence or to report for a medical examination.

## Information and Assistance

Any time you need information or assistance, you may contact the nearest field office of the RRB. In addition to the personal attention you will receive, special booklets and other printed material are available. To locate the nearest RRB office visit our Web site at http://www.rrb.gov/field/field.asp, or call our toll-free HelpLine at 1-800-808-0772.

If you need to personally visit one of our field offices, please call for an appointment. You will not be refused service if you do not have an appointment, but our staff can serve you better when an appointment is made. Most offices are open to the public from 9:00 a.m. to 3:30 p.m., Monday through Friday.

## Vocational Rehabilitation Services

Vocational rehabilitation providers furnish a wide variety of services to help people with disabilities return to work. These services are designed to provide the client with the training or other services that are needed to return to work, to enter a new line of work, or to enter the workforce for the first time.

If you are disabled and want to work, you may contact the rehabilitation agency in your state directly at any time and let that agency know of your interest in receiving rehabilitation services to help go to work. The address and telephone number of the state vocational rehabilitation agency can be found in the telephone book.

## Your Responsibilities

Rights to benefits under the Railroad Retirement Act also carry responsibilities for reporting events that may affect the payment of benefits. The RRB informs you of events you are obligated to report; and, if you do not comply, benefit overpayments can occur that have to be repaid, sometimes with interest and penalties. Part V of this booklet lists the events that you must promptly report to the RRB.

---

**Privacy Policy  Policies & Links  Freedom of Information Act  No Fear Act  Frequently Asked Questions  About Us**

---





Date posted:03/22/2006
Date updated:03/06/2006

U.S. Railroad Retirement Board
844 North Rush Street
Chicago Illinois, 60611-2092
Telephone: (312) 751-7139 TTY: (312) 751-4701
Contact an RRB office near you

 **Home**  **Search**  **Site Map**  **Contact Us**  **Benefit Online Services (MainLine)**  **Benefit Forms & Publications**

- **General Information**
- **About Your Disability Annuity**
- **About Your Period of Disability ("Disability Freeze")**
- **Applying for Early Medicare Coverage**
- **Events That Can Affect Your Disability Benefits**
- **Glossary**
  - **Special Railroad Retirement Board Terms Defined**

**RELATED LINKS**
Benefit Forms & Publications

# Employee Disability Benefits
## RB-1D (01-02)
### Glossary

View RB-1D in PDF

To view and download PDF documents, you need the free Acrobat Reader. We recommend using the latest version.

Viewers with visual disabilities can go to Adobe's Access Website for tools and information that will help make PDF files accessible.

## Special Railroad Retirement Board Terms Defined

1. **Blindness —** To meet the definition of blindness your:
   - eyesight must be no better than 20/200 in the better eye with the best correction, or
   - visual fields in both eyes must be severely restricted.

2. **Confinement** (or imprisonment) — To be under a sentence of confinement or imprisonment means confinement to a jail, prison, or other penal institution or correctional facility. This includes any facility that is under the control and jurisdiction of a penal system, or any facility in which a person may be confined. This also includes hospitals, institutions, and halfway houses that are used as a place of confinement. A person under a sentence of confinement to any of these facilities is considered confined even though he or she may go outside the facility to work, attend school, or for some other reason.

   **Note:** A prisoner who is released on parole or because the sentence has ended or has been suspended or overturned, is no longer considered to be confined or imprisoned.

3. **Felony —** A crime is a felony if it is considered to be a felony under applicable law. Most states define certain crimes as felonies. However, some states and foreign countries do not classify crimes as felonies. If a crime has not been classified as a felony, it is still considered to be a felony if it is a crime punishable by death or imprisonment for more than one year.

4. **Full Retirement Age —** The age at which you can receive a full Tier I benefit, unreduced for early retirement. The following chart explains your full retirement age.

| If you were born: | then your FRA is: |
|---|---|
| Before 1-2-1938 | 65 |
| 1-2-1938 thru 1-1-1939 | 65 and 2 months |
| 1-2-1939 thru 1-1-1940 | 65 and 4 months |
| 1-2-1940 thru 1-1-1941 | 65 and 6 months |
| 1-2-1941 thru 1-1-1942 | 65 and 8 months |
| 1-2-1942 thru 1-1-1943 | 65 and 10 months |
| 1-2-1943 thru 1-1-1955 | 66 |
| 1-2-1955 thru 1-1-1956 | 66 and 2 months |

| | |
|---|---|
| 1-2-1956 thru 1-1-1957 | 66 and 4 months |
| 1-2-1957 thru 1-1-1958 | 66 and 6 months |
| 1-2-1958 thru 1-1-1959 | 66 and 8 months |
| 1-2-1959 thru 1-1-1960 | 66 and 10 months |
| 1-2-1960 and later | 67 |

5. **Medical Recovery —** A person has medically recovered from disability if, based on medical evidence or demonstration by the individual, it is determined that the individual is able to return to regular work, substantial gainful work, or work in the individual's regular railroad occupation or similar occupation. Also see Regular Work and Substantial Gainful Work.

6. **Permanent Medical Condition —** A permanent medical condition is a medically determinable mental or physical condition or impairment which has lasted, or is expected to last, for a continuous period of at least 12 months, or is expected to result in death.

7. **Permanently Disabled —** To be permanently disabled, you must have a permanent medical condition that prevents you from working. Also see Permanent Medical Condition.

    Several unrelated conditions that are not considered severely disabling in themselves can be combined and considered together to see if in this way they prevent work.

    You are considered unable to work if your condition prevents you from performing basic work activities. These activities are those physical and/or mental abilities and aptitudes required to do most jobs, such as:

    - walking, standing, sitting, lifting, pulling, pushing, reaching, carrying, or handling;
    - seeing, hearing, and speaking;
    - understanding, carrying out, and remembering simple instructions;
    - using judgment;
    - responding appropriately to supervision, co-workers, and usual work situations;
    - dealing with changes in the work setting.

    You will not be considered permanently disabled if you fail to follow treatment prescribed by your doctor that may restore your ability to work. However, you will not be penalized if the reason you did not follow prescribed treatment is acceptable to the RRB.

8. **Regular Railroad Occupation —** Your regular occupation is the one in which you worked in more months in the last 5 years before your disability began than in any other occupation during that time.

    You may, instead, claim as your regular occupation the one in which you worked in more than half of all the months you worked in the last 15 years before your disability began.

    To be disabled for all work in your regular railroad occupation means that your condition prevents you from working in your regular job, although you may be able to do other kinds of work.

9. **Regular Work —** Regular work is the performance of the full range of material and substantial duties of any regular and gainful employment with any employer. Substantial duties are those that involve significant mental or physical activity even

if they are only done part-time. Gainful employment is work that is done for pay or profit, or is the kind that is usually done for pay or profit even if no profit is realized. Also see Substantial Gainful Work.

10. **Substantial Gainful Work —** This is any work generally done for pay or profit that involves performing significant physical or mental duties. Work may be considered substantial even if it is done part-time. In evaluating work, consideration is given to job duties, skill and experience required to do the job, in addition to pay. Although current work may pay less or may be different from previous work, a person may not necessarily be considered disabled. Also see Regular Work.

11. **Trial Work Period —** If you work after your disability benefits begin, you may receive a trial work period during which you may test, without penalty, your ability to work. A trial work period may last 9 months (not necessarily consecutive), in a 60-month period. In some cases, the trial work period can be extended. After the trial work period, we will decide whether you are still disabled.

    You cannot qualify for a trial work period if you have medically recovered. Also see Medical Recovery.

    All of the rules for determining if you qualify for a trial work period are not covered in this booklet due to their complexity. If you have any questions about them, contact the nearest field office of the RRB.

12. **Impairment Related Work Expenses —**These are special expenses you paid for items or services you needed in order to work (for example, attendance care, medical devices, equipment, prosthesis , or similar items or services). These expenses may be deductible from your monthly earnings.

    Examples of expenses that would not be covered include: cost of a vehicle whether modified or not, routine physical examinations, allergy treatments, dental examinations, and opticians' services.

If you wish to deduct such expenses from your earnings, please contact the nearest office of the RRB.

---

**Privacy Policy  Policies & Links  Freedom of Information Act  No Fear Act  Frequently Asked Questions  About Us**

---

FIRSTGOV.gov

Date posted:03/22/2006
Date updated:03/15/2006

U.S. Railroad Retirement Board
844 North Rush Street
Chicago Illinois, 60611-2092
Telephone: (312) 751-7139 TTY: (312) 751-4701
Contact an RRB office near you

