UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKEY A. JONES,<br>    Plaintiff<br><br>    v.<br><br>NEW ENGLAND CENTRAL<br>RAILROAD, INC.<br>    Defendant | )<br>)<br>)<br>) CIVIL ACTION NO. 04-11772-MAP<br>)<br>)<br>)<br>) |

## FURTHER SCHEDULING ORDER

September 15, 2006

PONSOR, D.J.

    Counsel for both parties appeared for a final pretrial conference on September 14, 2006. Based on counsel's representations, the court orders that the parties submit a Joint Status Report, to be drafted by counsel for Defendant, indicating whether the case has settled, whether the parties need additional time to discuss settlement, and whether counsel wish the case to be referred for mediation. The report should also indicate whether rulings on pending motions are needed, and whether counsel object to referral of this matter to Boston for trial. The Status Report will be submitted no later than October 10, 2006.

    It is So Ordered.

                                 /s/ Michael A. Ponsor
                                 MICHAEL A. PONSOR

**United States District Judge**