UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKEY A. JONES,<br>        Plaintiff,<br><br>   v.<br><br>NEW ENGLAND CENTRAL RAILROAD, INC.,<br>        Defendant. | Civil Action No.: 04-11772-MAP |

## JOINT STATUS REPORT

In compliance with the Court's *Further Scheduling Order* dated September 15, 2006, the parties hereby submit this *Joint Status Report*. The case has not yet settled. The parties have agreed to mediate the case with a private mediator but have not yet agreed on the identity of the mediator or dates. Therefore, the parties need additional time to arrange the mediation and further discuss settlement. The parties do not require rulings on the pending motions at this time. The defendant objects to referral of this matter to Boston although the plaintiff is amenable to a transfer of the case.

                                                        Respectfully submitted,

| The plaintiff:<br>RICKEY A. JONES,<br>by his attorneys, | The defendant:<br>NEW ENGLAND CENTRAL RAILROAD,<br>by its attorneys, |
|---|---|
| /s/ Robert Myers | /s/ Michael B. Flynn |
| Lawrence A. Katz, # 30261<br>*lakatzesq@aol.com*<br>Robert Myers,<br>*coffeykaye_rmyers@yahoo.com*<br>COFFEY, KAYE, MYERS & OLLEY<br>Suite 718, Two Bala Plaza<br>Bala Cynwyd, PA 19004<br>(610) 668-9800 | Michael B. Flynn, BBO# 559023<br>*mbflynn@flynnassoc.com*<br>Valerie A. Murphy, BBO #661460<br>*mbflynn@flynnassoc.com*<br>FLYNN & ASSOCIATES, PC<br>400 Crown Colony Drive, Suite 200<br>FLYNN & ASSOCIATES, PC<br>Quincy, MA 02169<br>(617) 773-5500 |

Dated: <u>October 6, 2006</u>
G:\F & A\CASE FILES\RAILAMERICA\New England Central\JONES, RICKEY A\pleadings\Joint Status Report - 10-6-06.doc