UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


RICKEY A. JONES,                    )
          Plaintiff                 )
                                    )
          v.                        ) CIVIL ACTION NO. 04-11772-MAP
                                    )
NEW ENGLAND CENTRAL                 )
RAILROAD, INC.                      )
              Defendant             )


ORDER OF TRANSFER

October 24, 2006

PONSOR, D.J.

 Because the court's current criminal docket may delay trial of this case unduly, the court hereby orders this case transferred to United States District Judge Richard G. Stearns for all purposes.  Counsel are advised that it is likely that this case will be tried by Judge Stearns in Springfield, during December 2006 or January 2007.  Counsel should contact Judge Stearns' clerk for further details.

 To the extent that mediation is being considered, arrangements for this should be made promptly.


 It is So Ordered.


/s/ Michael A. Ponsor

MICHAEL A. PONSOR
United States District Judge