UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

RICKEY JONES

        V.        CIVIL ACTION NO. 04-11772-RGS

NEW ENGLAND CENTRAL RAILROAD

<u>ORDER SETTING CIVIL CASE FOR TRIAL</u>

STEARNS, DJ.

    THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON  <u>MONDAY, FEBRUARY 5, 2007</u>  AT 9:00 A.M.  IN COURTROOM #2,  5TH FLOOR, U. S. COURTHOUSE,

1551 MAIN ST., SPRINGFIELD, MA.

    ON OR BEFORE  JANUARY 24, 2007  COUNSEL SHALL FILE THE FOLLOWING MATERIALS WITH THE COURT:

    1.  Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;
    2.  A list of prospective witnesses, including names, city or town of residence, or business institutional address;
    3.  An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a <u>precise</u> statement of any objections thereto;
    4.  A "Joint List of Exhibits" as to which there is NO objection, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS</u>, regardless of which party is the proponent of an exhibit (such exhibits are deemed <u>ADMITTED</u> and need NOT be independently offered at trial;
    5.  A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS,</u> regardless of which party is the proponent of an exhibit;
    6.  Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;
    7.  A <u>TRIAL MEMORANDUM</u> addressing those items as to which there are foreseeable disputes concerning issues of law;
    8.  An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;
    9.  In cases to be tried by a jury:
        A.  REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;
        B.  ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;
        C.  ANY PROPOSED QUESTIONS FOR THE <u>VOIR DIRE</u> EXAMINATION;

        D.  A <u>SUCCINCT AND NEUTRAL</u> STATEMENT SUMMARIZING THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES TO BE READ TO THE VENIRE DURING EMPANELMENT.

10. All trial exhibits <u>must</u> be reclaimed by the end of the first business day following the day of the verdict.  This policy is <u>strictly enforced by the Court</u> as there is no space at the Courthouse to store exhibits after a trial has ended.  Exhibits not reclaimed by counsel will be discarded.

11.  A <u>FINAL PRE-TRIAL CONFERENCE</u> will be held by the Court on THURS., FEBRUARY 1, 2007 at 3:30 P.M.  (this conference will be held in the Boston  Federal Courthouse (Courtroom #21, 7th Floor) unless otherwise notified).

SO ORDERED.

        RICHARD G. STEARNS
        UNITED STATES DISTRICT JUDGE

BY:

        /s/ Mary  H. Johnson
        Deputy Clerk

DATED AT BOSTON:  11-27-06

NOTE TO COUNSEL:    IF THE ABOVE CASE SHOULD SETTLE, COUNSEL ARE INSTRUCTED TO CONTACT THE COURTROOM CLERK, MARY JOHNSON, IMMEDIATELY AT 617-748-9162.